CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone: (808) 464-4047
Facsimile: (202) 204-5181
E-Mail:     kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Muhammad Faizan, <br> JOHN DOE dba ibit.uno, and <br> DOES 1-35 <br><br> Defendants. | **Case No.: 1:19-cv-487** <br> (Copyright) <br><br> **CORPORATE DISCLOSURE STATEMENT** |

CORPORATE DISCLOSURE STATEMENT

Plaintiff HB Productions, Inc., ("Plaintiff") hereby submits its Corporate Disclosure Statement pursuant to Rule 7.1, Fed. R. Civ. P.  Plaintiff states it is owned by Millennium Funding, Inc.  No publicly held corporation owns more than 10% of its stock.

20-018B

DATED: Kailua-Kona, Hawaii, September 9, 2019.

                CULPEPPER IP, LLLC

                /s/ Kerry S. Culpepper
                Kerry S. Culpepper

                Attorney for Plaintiff
                HB Productions, Inc.,

20-018B