...

CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.<br><br>            Plaintiff,<br><br>       vs.<br><br>Muhammad Faizan, et al.<br><br>            Defendants. | **Case No.: 1:19-cv-00487-JMS-KJM**<br>**(Copyright)**<br><br>PLAINTIFF'S FIRST *EX PARTE* MOTION FOR ORDER PERMITING CLERK TO PERFORM FOREIGN MAILING; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS 1-2 |

<u>PLAINTIFF'S FIRST *EX PARTE* MOTION FOR ORDER PERMITTING CLERK TO PERFORM FOREIGN MAILING</u>

Plaintiff respectfully moves for entry of an order permitting the Clerk to mail documents to effect service on Defendant Muhammad Faizan pursuant to Rules 4(f)(1) and 4(f)(2)(C)(ii) of the *Federal Rules of Civil Procedure*. As explained in the Memorandum, the manner of service requested by Plaintiff is explicitly permitted by ORDER V (ISSUE AND SERVICE OF SUMMONS), 10, (2) of the Civil

Procedure Code of Pakistan, Article 10(a) of the Convention on the Service Abroad of Judicial and Extrajudicial Documents, consistent with the declarations of Pakistan, and was approved by the Ninth Circuit and the Supreme Court of the United States.

DATED: Kailua-Kona, Hawaii, September 12, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.