CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc.<br><br>                   Plaintiff,<br>    vs.<br><br>Muhammad Faizan, et al.<br><br>                   Defendants. | **Case No.: 1:19-cv-00487-JMS-KJM**<br>**(Copyright)**<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST *EX PARTE* MOTION FOR ORDER PERMITING CLERK TO PERFORM FOREIGN MAILING |

NOTICE OF WITHDRAWAL OF PLAINTIFF'S FIRST *EX PARTE* MOTION
FOR ORDER PERMITTING CLERK TO PERFORM FOREIGN MAILING

Plaintiff HB Productions Inc. ("Plaintiff") withdraws its first motion [Doc. #9] of September 12, 2019 for entry of an order permitting the Clerk to mail documents to effect service on Defendant Muhammad Faizan ("Defendant") because Plaintiff has already effected personal service of Defendant.

DATED: Kailua-Kona, Hawaii, October 7, 2019.

19-cv-487

CULPEPPER IP, LLLC

<u>/s/ Kerry S. Culpepper</u>
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.