AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-00487-JMS-KJM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mr. Muhammad Faizan
was received by me on *(date)* 30-09-2019.

☑ I personally served the summons on the individual at *(place)* H.M.A Mobiles, Jagna Bazar, Islampura, Wania More, Sialkot Rd, Gujranwala on *(date)* 4-10-2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 04.10.2019

_____
Server's signature

Mr. Muhammad Waqar (Authorised Investigation Officer/Server of Summons)
Printed name and title

Office No. 142, Mumtaz Centre, Queens Road, Lahore Pakistan
Server's address

Additional information regarding attempted service, etc: