CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HB Productions, Inc., | ) | **Case No.: 1:19-cv-487-JMS-KJM** |
|---|---|---|
| | ) | **(Copyright)** |
| Plaintiff, | ) | |
| vs. | ) | RULE 55(a) REQUEST FOR CLERK |
| | ) | TO ENTER DEFAULT AGAINST |
| Muhammad Faizan, et al., | ) | DEFENDANT MUHAMMAD |
| | ) | FAIZAN; DECLARATION OF |
| Defendants. | ) | COUNSEL; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| | ) | |
| | ) | |

REQUEST FOR CLERK TO ENTER DEFAULT AGAINST
<u>DEFENDANT MUHAMMAD FAIZAN</u>

TO: CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Fed R. Civ. P. 55(a), Plaintiff HB Productions, Inc. ("Plaintiff") hereby applies for entry of default by the Clerk of the Court against Defendant Muhammad Faizan.  Defendant Muhammad Faizan was personally served a copy of

20-018B 19-487

the Complaint, Summons and Scheduling Order on October 4, 2019.  *See* Proof of Service [Doc. #14]; *see also* Supplemental Declaration of Muhammad Waqar [Doc. #21-2].  Service was performed in accordance with the Hague Service Convention and the internal law or rule in Pakistan.  *See* Affidavit of Muhammad Abeed Atiff [Doc. #14-1].

Defendant Muhammad Faizan's responsive pleading was due on or before October 25, 2019.  Defendant Muhammad Faizan has failed to appear or otherwise defend.

For these reasons, Plaintiff request that the Clerk of the Court enter default judgment on all claims plead in the Complaint with regards to Defendant Muhammad Faizan.

DATED: Kailua-Kona, Hawaii, November 25, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff

20-018B 19-487