CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:  (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., | **Case No.: 1:19-cv-487-JMS-KJM (Copyright)** |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF DISMISSAL OF DEFENDANT DOE 7 WITH PREJUDICE |
| Muhammad Faizan et. al. | |
| Defendants. | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF
## DEFENDANT DOE 7 WITH PREJUDICE

Plaintiff provides notice of its voluntary dismissal under Rule 41(a) of Defendant Doe 7 (IP address 141.239.215.201 as shown in Exhibit 1 [Doc. #1-1]) with prejudice.  This dismissal is pursuant to Rule 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed.  Plaintiff does not seek an award of attorney's fees and/or costs against Defendant Doe 7.  Note that this action does not terminate the matter as claims remain against other Defendants.

19-487

DATED: Kailua-Kona, Hawaii, November 26, 2019.


CULPEPPER IP, LLLC


/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, November 26, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge


*HB Prods., Inc. v. Muhammad Faizan, et al.*, Civil No. 19-00487 JMS-KJM; Notice of Dismissal of
Defendant Doe 7 with Prejudice


19-487