CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HB Productions, Inc., | ) | **Case No.: 1:19-cv-487-JMS-KJM** |
| --- | --- | --- |
|  | ) | **(Copyright)** |
| Plaintiff, | ) |  |
| vs. | ) | PLAINTIFF'S NOTICE OF |
|  | ) | DISMISSAL OF DEFENDANT DOE |
| Muhammad Faizan et. al. | ) | 13 WITH PREJUDICE |
|  | ) |  |
| Defendants. | ) |  |
|  | ) |  |

PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT DOE 13 WITH PREJUDICE

Plaintiff provides notice of its voluntary dismissal under Rule 41(a) of Defendant Doe 13 (IP address 72.130.40.182 as shown in Exhibit 1 [Doc. #1-1]) with prejudice.  This dismissal is pursuant to Rule 41(a)(1)(A)(i).  No answer or motion for summary judgment has been filed.  Plaintiff does not seek an award of attorney's fees and/or costs against Defendant Doe 13.  Note that this action does not terminate the matter as claims remain against other Defendants.

19-487

DATED: Kailua-Kona, Hawaii, November 26, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, November 26, 2019.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*HB Prods., Inc. v. Muhammad Faizan, et al.*, Civil No. 19-00487 JMS-KJM; Notice of Dismissal of Defendant Doe 13 with Prejudice

19-487