**ORIGINAL**

December 3, 2019

The Honorable Kenneth J. Mansfield
United States District Court
District of Hawaii
300 Ala Moana Boulevard C-338
Honolulu, HI 96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 09 2019
at 3 o'clock and 35 min. P M
SUE BEITIA, CLERK  tS

RE: Case 1:19-cv-00487-JMS-KJM; Information disclosure of copyright infringement; IP address 76.173.225.94

Your Honor,

I wish to object to the disclosure of my information from my internet service provider.

Internet is utilized within the household via Wi-Fi router. Household members' friends frequent their visit and utilize our Wi-Fi. An understanding was established to household members and visitors of prohibited illegal downloading while utilizing Wi-Fi. Therefore, the need for internet monitoring was not deemed necessary then. Despite firm verbal warnings, it is apparent internet activities must be closely monitored.

With the assistance of friends' computer familiarity, we were able to acquire IP addresses on all laptops and desktop computers located in this household and none match the IP address provided by plaintiff. Furthermore, all electronic devices were searched inspected for file sharing programs to rule out the possibility of household members conducting illegal download activity themselves and no such programs were found. Wi-Fi password has been changed and all members have been instructed not to share newly changed password with anyone. Additionally, Wi-Fi password will be changed if any suspicion of password compromise has taken place.

While I fully understand the gravity of copyright infringement offenses, internet traffic going in and out of this household is ultimately my responsibility as my name is on my internet service provider contract. Therefore, I am requesting a chance to correct this matter to avoid public embarrassment. Thank you in advance for your consideration.

Respectfully,

Romabella D. Ty-Arcangel

Mailed On Date 12/10/2019    Received By Mail Date 12/9/2019

# Fax Cover Sheet

**ATTN:** LEROC Paralegal – Copyright Infringement

**FROM:** Romabella D. Ty-Arcangel

**NUMBER OF PAGES:** 1 of 2

**NOTES:** Objection was made to court. Attached is a copy of the objection letter sent to court on page 2.