CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., | **Case No.: 1:19-cv-487-JMS-KJM** |
| | **(Copyright)** |
| Plaintiff, | |
| vs. | PLAINTIFF'S NOTICE OF |
| | DISMISSAL OF DEFENDANT DOE |
| Muhammad Faizan, et. al., | 17 WITH PREJUDICE |
| | |
| Defendants. | |

PLAINTIFF'S NOTICE OF DISMISSAL OF
DEFENDANT DOE 17 WITH PREJUDICE

Plaintiff provides notice of its voluntary dismissal under Rule 41(a) of Defendant Doe 17 (IP address 76.173.225.94as shown in Exhibit 1 [Doc. #1-1]) with prejudice.  This dismissal is pursuant to Rule 41(a)(1)(A)(ii).  No answer or motion for summary judgment has been filed.  Plaintiff and Defendant Doe 17 do not seek an award of attorney's fees and/or costs.  Note that this action does not terminate the matter as claims remain against other Defendants.

19-487

DATED: Kailua-Kona, Hawaii, December 17, 2019.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff
HB Productions, Inc.

DATED: Kailua-Kona, Hawaii, December ___, 2019.



Romabella Ty-Arcangel
Defendant Doe 17, *pro se*

APPROVED AS TO FORM:

DATED:  Honolulu, Hawaii, December 30, 2019.

/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*HB Prods., Inc. v. Muhammad Faizan, et al.*, Civil No. 19-00487 JMS-KJM; Notice of Dismissal of Defendant Doe 17 with Prejudice

19-487