| No | IP | Port | Hit Date UTC |
|---|---|---|---|
| 1 | 141.239.166.110 | 37839 | 2019-07-28 16:46:16 |
| 2 | 76.173.87.153 | 56572 | 2019-07-09 13:43:45 |
| 3 | 24.25.252.15 | 8999 | 2019-07-07 04:47:50 |
| 4 | 98.150.128.239 | 51021 | 2019-07-07 04:04:24 |
| 5 | 76.173.235.57 | 56980 | 2019-07-06 02:27:47 |
| 6 | 76.173.140.86 | 6881 | 2019-07-05 22:38:46 |
| 7 | 141.239.215.201 | 59203 | 2019-07-16 06:50:02 |
| 8 | 98.155.212.225 | 20178 | 2019-07-17 09:06:38 |
| 9 | 72.130.136.157 | 34998 | 2019-07-14 08:59:19 |
| 10 | 76.173.227.72 | 40959 | 2019-07-14 08:13:47 |
| 11 | 66.8.240.30 | 28575 | 2019-07-14 06:59:51 |
| 12 | 98.151.74.231 | 61565 | 2019-07-13 02:09:33 |
| 13 | 72.130.40.182 | 8999 | 2019-07-12 10:30:04 |
| 14 | 66.8.200.28 | 51413 | 2019-07-12 10:13:35 |
| 15 | 72.130.138.250 | 8999 | 2019-07-12 05:30:20 |
| 16 | 98.150.154.70 | 44178 | 2019-07-11 13:29:46 |
| 17 | 76.173.225.94 | 40959 | 2019-07-11 08:05:02 |
| 18 | 66.8.242.4 | 51413 | 2019-07-11 04:29:31 |
| 19 | 76.173.166.52 | 51884 | 2019-07-11 03:15:12 |
| 20 | 66.91.68.221 | 22222 | 2019-07-10 16:28:54 |
| 21 | 98.155.235.70 | 10907 | 2019-07-10 10:30:08 |
| 22 | 72.130.61.112 | 51413 | 2019-07-10 09:15:52 |
| 23 | 66.91.38.139 | 26085 | 2019-07-10 07:57:25 |
| 24 | 98.150.247.170 | 15867 | 2019-07-10 07:46:47 |
| 25 | 50.113.23.6 | 6881 | 2019-07-10 06:18:59 |
| 26 | 76.173.245.124 | 50590 | 2019-07-10 04:20:30 |
| 27 | 98.151.98.252 | 56955 | 2019-07-10 03:47:10 |
| 28 | 76.173.142.89 | 48093 | 2019-07-10 02:52:34 |
| 29 | 72.130.255.18 | 41571 | 2019-07-09 17:35:29 |
| 30 | 75.85.84.247 | 34096 | 2019-07-10 01:15:09 |
| 31 | 66.91.244.107 | 28179 | 2019-07-08 07:08:27 |
| 32 | 204.210.122.28 | 7961 | 2019-07-07 13:40:29 |
| 33 | 72.130.70.184 | 29022 | 2019-07-07 10:49:07 |
| 34 | 76.173.114.81 | 57274 | 2019-07-07 02:34:22 |
| 35 | 24.165.39.75 | 35409 | 2019-07-06 07:39:12 |

Exhibit "1"

| No | File Name |
|---:|---|
| 1 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 2 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 3 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 4 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 5 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 6 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 7 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 8 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 9 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 10 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 11 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 12 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 13 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 14 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 15 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 16 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 17 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 18 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 19 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 20 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 21 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 22 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 23 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 24 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 25 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 26 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 27 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 28 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 29 | Hellboy.2019.1080p.AMZN.WEBRip.DDP5.1.x264-NTG |
| 30 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 31 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 32 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 33 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 34 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |
| 35 | Hellboy.2019.720p.HC.HDRip.x264-MkvCage.Com.mkv |

| No | File Hash | ISP | Region |
|---|---|---|---|
| 1 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Hawaiian Telcom | Hawaii |
| 2 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 3 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 4 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 5 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 6 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 7 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Hawaiian Telcom | Hawaii |
| 8 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 9 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 10 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 11 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 12 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 13 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 14 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 15 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 16 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 17 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 18 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 19 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 20 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 21 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 22 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 23 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 24 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 25 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 26 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 27 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 28 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 29 | SHA1: 18031E80B3360664B3641E1B7952172740AD5A63 | Spectrum | Hawaii |
| 30 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 31 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 32 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 33 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 34 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |
| 35 | SHA1: 0550544E834856FC1F012A567388F0307CD8A61A | Spectrum | Hawaii |