# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-176-664**

**Effective Date of Registration:**
April 12, 2019

## Title

| | |
|---|---|
| **Title of Work:** | Hellboy |
| **Previous or Alternate Title:** | Hellboy 3 |
| **Nature of Claim:** | Motion Picture |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | April 10, 2019 |
| **Nation of 1st Publication:** | Belgium |

## Author

| | |
|---|---|
| • **Author:** | HB Productions, Inc. |
| **Author Created:** | entire film |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | HB Productions, Inc.<br>318 N. Carson St., #208, Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Motion Picture Screenplay, pre-registration of film |
| **Previously registered:** | Yes |
| **Previous registration and year:** | PAu 3-916-707, PRE000010470, 2017, 2018 |
| **Basis of current registration:** | This is a changed version of the work. |
| **New material included in claim:** | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography dialogue, music and special effects |

**Exhibit "2"**

## Certification

          **Name:**  Rick Eyler
           **Date**:  April 11, 2019

      **Correspondence:**  Yes
**Copyright Office notes:**  Regarding special handling request: Claim upgraded for Special Handling per request received on 5/21/2019  due to pending or prospective litigation. Registration decision and certificate issued on 5/24/2019.