# (HTTPS://WWW.MKVCAGE.FUN/)

MOVIES (HTTPS://WWW.MKVCAGE.FUN/CATEGORY/MOVIES/)

TV SHOWS (HTTPS://WWW.MKVCAGE.FUN/CATEGORY/TV-SHOWS/)    IMDB TOP 250 (HTTPS://WWW.MKVCAGE.FUN/CATEGORY/IMDB-TOP-250/)

HOW TO DOWNLOAD (HTTPS://WWW.MKVCAGE.FUN/HOW-TO-DOWNLOAD/)    DMCA (HTTPS://WWW.MKVCAGE.FUN/DMCA/)

DONATE (HTTPS://WWW.MKVCAGE.FUN/DONATE/)    CONTACT (HTTPS://WWW.MKVCAGE.FUN/CONTACT-US/)

## SEARCH RESULTS FOR: HELLBOY

### Hellboy (2019) 720p BRRip HEVC 750MB (https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/)

1 (https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/#comments)

Posted on July 16, 2019 (https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-720p-brrip-hevc-750mb/#more-48827)

720p (https://www.mkvcage.fun/category/720p/), BRRip (https://www.mkvcage.fun/category/brrip/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/), Action (https://www.mkvcage.fun/tag/action/), Adventure (https://www.mkvcage.fun/tag/adventure/), Fantasy (https://www.mkvcage.fun/tag/fantasy/)

### Hellboy (2019) 1080p BRRip 6CH 2.3GB (https://www.mkvcage.fun/hellboy-2019-1080p-brrip-

0 (https://www.mkvcage.fun/hellboy-2019-1080p-brrip-6ch-2-3gb/#respond)

**Sidebar:**

Hellboy    SEARCH

(https://www.hostdoze.com/netherlands-extreme-encoding-rdp.html)

**UPCOMING POSTS!**

Breaking Bad

**RECENT POSTS**

Plus One (2019) 720p BRRip 950MB (https://www.mkvcage.fun/plus-one-2019-720p-brrip-950mb/)

Yellowstone S02E07 720p AMZN WEB-DL 425MB (https://www.mkvcage.fun/yellowstone-s02e07-720p-amzn-web-dl-425mb/)

Light of My Life (2019) 1080p AMZN WEB-DL 2.2GB (https://www.mkvcage.fun/light-of-my-life-2019-1080p-amzn-web-dl-2-2gb/)

Light of My Life (2019) 720p AMZN WEB-DL 1GB (https://www.mkvcage.fun/light-of-my-life-2019-720p-amzn-web-dl-1gb/)

Wu Assassins S01 720p NF WEB-DL 3.75GB (https://www.mkvcage.fun/wu-assassins-s01-720p-nf-web-dl-3-75gb/)

The 100 S06E13 720p WEBRip 350MB (https://www.mkvcage.fun/the-100-s06e13-720p-webrip-350mb/)

Preacher S04E02 720p AMZN WEB-DL 350MB (https://www.mkvcage.fun/preacher-s04e02-720p-amzn-web-dl-350mb/)

Preacher S04E01 720p AMZN WEB-DL 350MB (https://www.mkvcage.fun/preacher-s04e01-720p-amzn-web-dl-350mb/)

**Exhibit "3"**

# 6ch-2-3gb/)

Posted on July 16, 2019 (https://www.mkvcage.fun/hellboy-2019-1080p-brrip-6ch-2-3gb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-1080p-brrip-6ch-2-3gb/#more-48819)

1080p (https://www.mkvcage.fun/category/1080p/), BRRip (https://www.mkvcage.fun/category/brrip/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/)   2019 (https://www.mkvcage.fun/tag/2019/), Action (https://www.mkvcage.fun/tag/action/), Adventure (https://www.mkvcage.fun/tag/adventure/), Fantasy (https://www.mkvcage.fun/tag/fantasy/)

## Hellboy (2019) 720p BRRip 1.1GB (https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/)

0 (https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/#respond)

Posted on July 16, 2019 (https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



CATEGORIES

1080p (https://www.mkvcage.fun/category/1080p/)

480p (https://www.mkvcage.fun/category/480p/)

720p (https://www.mkvcage.fun/category/720p/)

BluRay (https://www.mkvcage.fun/category/bluray/)

Bollywood Movies (https://www.mkvcage.fun/category/movies/bollywood-movies/)

BRRip (https://www.mkvcage.fun/category/brrip/)

DTheater (https://www.mkvcage.fun/category/dtheater/)

DVDRip (https://www.mkvcage.fun/category/dvdrip/)

DVDSCR (https://www.mkvcage.fun/category/dvdscr/)

Extras (https://www.mkvcage.fun/category/extras/)

Foreign Movies (https://www.mkvcage.fun/category/movies/foreign-movies/)

HDCAM (https://www.mkvcage.fun/category/hdcam/)

HDRip (https://www.mkvcage.fun/category/hdrip/)

HDTS (https://www.mkvcage.fun/category/hdts/)

HDTV (https://www.mkvcage.fun/category/hdtv/)

Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/)

IMDb Top 250 (https://www.mkvcage.fun/category/imdb-top-250/)

Movies (https://www.mkvcage.fun/category/movies/)

Season Pack (https://www.mkvcage.fun/category/season-pack/)

TV Shows (https://www.mkvcage.fun/category/tv-shows/)

Uncategorized (https://www.mkvcage.fun/category/uncategorized/)

WEB-DL (https://www.mkvcage.fun/category/web-dl/)

WEBRip (https://www.mkvcage.fun/category/webrip/)

**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-720p-brrip-1-1gb/#more-48817)

720p (https://www.mkvcage.fun/category/720p/), BRRip (https://www.mkvcage.fun/category/brrip/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/), Movies (https://www.mkvcage.fun/category/movies/)   2019 (https://www.mkvcage.fun/tag/2019/), Action (https://www.mkvcage.fun/tag/action/), Adventure (https://www.mkvcage.fun/tag/adventure/), Fantasy (https://www.mkvcage.fun/tag/fantasy/)

## Hellboy (2019) 1080p AMZN WEB-DL 6CH 2.2GB (https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/)  0 (https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/#respond)

Posted on July 9, 2019 (https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-1080p-amzn-web-dl-6ch-2-2gb/#more-48727)

1080p (https://www.mkvcage.fun/category/1080p/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/), WEB-DL (https://www.mkvcage.fun/category/web-dl/)   Action (https://www.mkvcage.fun/tag/action/), Adventure (https://www.mkvcage.fun/tag/adventure/), Fantasy (https://www.mkvcage.fun/tag/fantasy/)

## Hellboy (2019) 1080p WEB-DL 6CH 2GB (https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/)  0 (https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/#respond)

Posted on July 9, 2019 (https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-1080p-web-dl-6ch-2gb/#more-48715)

1080p (https://www.mkvcage.fun/category/1080p/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/), WEB-DL (https://www.mkvcage.fun/category/web-dl/)    Action (https://www.mkvcage.fun/tag/action/), Adventure (https://www.mkvcage.fun/tag/adventure/), Fantasy (https://www.mkvcage.fun/tag/fantasy/)

## Hellboy (2019) 720p WEB-DL 950MB (https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/) 0 (https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/#respond)

Posted on July 9, 2019 (https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/) by MAQ (https://www.mkvcage.fun/author/therevhglass/)



**Storyline:** Based on the graphic novels by Mike Mignola, Hellboy, caught between the worlds of the supernatural and human, battles an ancient sorceress bent on revenge.

Download → (https://www.mkvcage.fun/hellboy-2019-720p-web-dl-950mb/#more-48713)

720p (https://www.mkvcage.fun/category/720p/), Hollywood Movies (https://www.mkvcage.fun/category/movies/hollywood-movies/), WEB-DL (https://www.mkvcage.fun/category/web-dl/)    Action (https://www.mkvcage.fun/tag/action/), Adventure

(https://www.mkvcage.fun/tag/adventure/) Fantasy (https://www.mkvcage.fun/tag/fantasy/)

1 (https://www.mkvcage.fun/?s=Hellboy)        2 (https://www.mkvcage.fun/page/2/?s=Hellboy)

Next Page » (https://www.mkvcage.fun/page/2/?s=Hellboy)

© 2019 MkvCage Official – Movies & TV Series (Mkv). All Rights Reserved.