
## User Info

| Username / User ID / Account Locked | First Name / Last Name / Email | Support Pin / Pin Expiry | Signup Date / Signup IP | Account Balance / Available Balance / Earned Amount | Organization / Street Address / City, State | Phone / Fax / Country, Zip | Latest Transaction / Latest Login / Login IP |
|---|---|---|---|---|---|---|---|
| mkvcage<br>3682182<br>No | Muhammad<br>Faizan<br>mkvcage@gmail.com | Reset | 8/24/2017 4:34:14 AM<br>39.35.178.120 | 13.9900<br>13.9900<br>0.0000 | <br>Wania More, Sialkot Road<br>Gujranwala, Punjab | +92.3156074247<br>NA<br>PK, 52250 | 6/10/2019 1:04:04 AM<br>6/12/2019 5:43:43 AM<br>103.228.155.51 |

Exported on Aug/16/2019

Exhibit "4"

## Whois details for mkvcage.fun

**Registrant Contact**

| | | |
|---|---|---|
| First Name: Muhammad | Last Name: Faizan | Organization: |
| Street Address: Wania More, Sialkot Road | Address 2: | Job Title: |
| City: Gujranwala | State/Province, Zip/Postal Code: Punjab, 52250 | Country: Pakistan |
| Email Address: mkvcage@gmail.com | Phone Number: +92 3156074247 | Fax Number: |

**Administrative Contact**

| | | |
|---|---|---|
| First Name: Muhammad | Last Name: Faizan | Organization: |
| Street Address: Wania More, Sialkot Road | Address 2: | Job Title: |
| City: Gujranwala | State/Province, Zip/Postal Code: Punjab, 52250 | Country: Pakistan |
| Email Address: mkvcage@gmail.com | Phone Number: +92 3156074247 | Fax Number: |

**Technical Contact**

| | | |
|---|---|---|
| First Name: Muhammad | Last Name: Faizan | Organization: |
| Street Address: Wania More, Sialkot Road | Address 2: | Job Title: |
| City: Gujranwala | State/Province, Zip/Postal Code: Punjab, 52250 | Country: Pakistan |
| Email Address: mkvcage@gmail.com | Phone Number: +92 3156074247 | Fax Number: |

**Billing Contact**

| | | |
|---|---|---|
| First Name: Muhammad | Last Name: Faizan | Organization: |
| Street Address: Wania More, Sialkot Road | Address 2: | Job Title: |
| City: Gujranwala | State/Province, Zip/Postal Code: Punjab, 52250 | Country: Pakistan |
| Email Address: mkvcage@gmail.com | Phone Number: +92 3156074247 | Fax Number: |

Exported on Aug/16/2019

**Order List**

| Order ID<br>User<br>Date | CC Order ID<br>Transaction ID | Amount<br>Type<br>Promotion Code | Items | | |
|---|---|---|---|---|---|
| 45560556<br>mkvcage<br>6/10/2019 1:04:04 AM | 182.187.82.112-MKVCAGE-NC-TRAN:52265995-1560128644.383<br>CODE-FUNDS | $13.16/ $13.16<br>FUNDS<br>N/A | Type: renew<br>Domain Renewal mkvcage.com | Years : 1<br>Qty: 1<br>Price: 12.98 | Successful: YES<br>; Old Expiry:7/5/2019 9:49:54 AM; New Expiry:7/5/2020 9:49:54 AM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 44045083<br>mkvcage<br>4/16/2019 10:56:42 AM | 182.187.72.178-MKVCAGE-NC-TRAN:50622981-1555412202.220<br>CODE-FUNDS | $24.88/ $24.88<br>FUNDS<br>N/A | Type: renew<br>Domain Renewal mkvcage.ws | Years : 1<br>Qty: 1<br>Price: 24.88 | Successful: YES<br>; Old Expiry:5/16/2019 11:29:49 PM; New Expiry:5/16/2020 11:29:49 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 43335410<br>mkvcage<br>3/21/2019 10:26:25 AM | 39.35.219.240-MKVCAGE-NC-TRAN:49845189-1553163984.633<br>CODE-FUNDS | $2.17/ $2.17<br>FUNDS<br>MARCHOFDEALS | Type: register<br>Domain Registration mkvcage.fun | Years : 1<br>Qty: 1<br>Price: 1.99 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 40783408<br>mkvcage<br>12/22/2018 5:56:51 AM | 39.35.1.159-MKVCAGE-NC-TRAN:47095324-1545458211.310<br>CODE-FUNDS | $13.88/ $13.88<br>FUNDS<br>N/A | Type: renew<br>Domain Renewal mkvcage.cc | Years : 1<br>Qty: 1<br>Price: 13.88 | Successful: YES<br>; Old Expiry:1/6/2019 3:42:20 PM; New Expiry:1/6/2020 3:42:20 PM |
| | | | Type: renew<br>Whoisguard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 40257347<br>mkvcage<br>12/3/2018 5:52:35 AM | 182.187.59.234-MKVCAGE-NC-TRAN:46529025-1543816355.397<br>CODE-FUNDS | $3.88/ $3.88<br>FUNDS<br>N/A | Type: register<br>Domain Registration mkvcage.me | Years : 1<br>Qty: 1<br>Price: 3.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 35742057<br>mkvcage<br>6/12/2018 6:59:52 PM | 182.187.70.112-MKVCAGE-NC-TRAN:41571956-1528829991.763<br>CODE-FUNDS | $13.16/ $13.16<br>FUNDS<br>N/A | Type: renew<br>Domain Renewal mkvcage.com | Years : 1<br>Qty: 1<br>Price: 12.98 | Successful: YES<br>Command completed successfully; Old Expiry:7/5/2018 9:49:54 AM; New Expiry:7/5/2019 9:49:54 AM |
| 35740255<br>mkvcage<br>6/12/2018 4:14:55 PM | 39.35.51.101-MKVCAGE-NC-TRAN:41569900-1528820095.83<br>CODE-FUNDS | $0/ $0<br>FUNDS<br>N/A | Type: renew<br>Whoisguard for mkvcage.com | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 35094219<br>mkvcage<br>5/16/2018 7:29:49 PM | 39.35.79.103-MKVCAGE-NC-TRAN:40850714-1526498989.203<br>CODE-FUNDS | $8.88/ $8.88<br>FUNDS<br>DOMAYN5 | Type: register<br>Domain Registration mkvcage.ws | Years : 1<br>Qty: 1<br>Price: 8.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |
| 31949938<br>mkvcage<br>1/6/2018 10:42:19 AM | 182.187.3.38-MKVCAGE-NC-TRAN:37430596-1515235339.313<br>1VA32388NY3017209 | $9.88/ $9.88<br>PAYPAL<br>BBNEWYEAR | Type: register<br>Domain Registration mkvcage.cc | Years : 1<br>Qty: 1<br>Price: 9.88 | Successful: YES<br>200:Command completed successfully |
| | | | Type: purchase<br>Free WhoisGuard | Years : 1<br>Qty: 1<br>Price: 0 | Successful: YES<br>Command completed successfully |

Exported on Aug/28/2019



## Transaction Review

| ID | Username<br>IP (Country) | CC Order ID<br>CC Transaction ID | Transaction Type<br>Payment Source | Amount | Status<br>Score | CC-L4(exp)<br>Country IP / Bill | Date (PST) | Order ID | Name on Card<br>Email | Balance Before<br>Balance After |
|---|---|---|---|---|---|---|---|---|---|---|
| 52265995 | mkvcage<br>182.187.82.112 (N/A) | 182.187.82.112-MKVCAGE-NC-TRAN:52265995-<br>1560128644.383 | PURCHASE<br>FUNDS | $13.16 | | ...(N/A)<br>N/A / N/A | 6/10/2019<br>1:04:04 AM | 45560556 | N/A<br>N/A | $27.15<br>$13.99 |
| 52265976 | mkvcage<br>N/A (N/A) | 0-DUuyWqRuQRW9DsiNhDUdRa<br>DUuyWqRuQRW9DsiNhDUdRa | DEPOSIT<br>BITPAY | $25.00 | complete<br>0 / 0 | ...(N/A)<br>N/A / N/A | 6/10/2019<br>1:02:05 AM | 0 | N/A<br>N/A | $2.15<br>$27.15 |
| 50622981 | mkvcage<br>182.187.72.178 (N/A) | 182.187.72.178-MKVCAGE-NC-TRAN:50622981-<br>1555412202.220 | PURCHASE<br>FUNDS | $24.88 | | ...(N/A)<br>N/A / N/A | 4/16/2019<br>10:56:42 AM | 44045083 | N/A<br>N/A | $27.03<br>$2.15 |
| 50622939 | mkvcage<br>N/A (N/A) | 0-NUSS8sVpVYrSoqM5HZvz1n<br>NUSS8sVpVYrSoqM5HZvz1n | DEPOSIT<br>BITPAY | $27.00 | complete<br>0 / 0 | ...(N/A)<br>N/A / N/A | 4/16/2019<br>10:55:08 AM | 0 | N/A<br>N/A | $0.03<br>$27.03 |
| 49845189 | mkvcage<br>39.35.219.240 (N/A) | 39.35.219.240-MKVCAGE-NC-TRAN:49845189-<br>1553163984.633 | PURCHASE<br>FUNDS | $2.17 | | ...(N/A)<br>N/A / N/A | 3/21/2019<br>10:26:24 AM | 43335410 | N/A<br>N/A | $2.20<br>$0.03 |
| 47095324 | mkvcage<br>39.35.1.159 (N/A) | 39.35.1.159-MKVCAGE-NC-TRAN:47095324-1545458211.310 | PURCHASE<br>FUNDS | $13.88 | | ...(N/A)<br>N/A / N/A | 12/22/2018<br>5:56:51 AM | 40783408 | N/A<br>N/A | $16.08<br>$2.20 |
| 46529025 | mkvcage<br>182.187.59.234 (N/A) | 182.187.59.234-MKVCAGE-NC-TRAN:46529025-<br>1543816355.397 | PURCHASE<br>FUNDS | $3.88 | | ...(N/A)<br>N/A / N/A | 12/3/2018<br>5:52:35 AM | 40257347 | N/A<br>N/A | $19.96<br>$16.08 |
| 46528974 | mkvcage<br>N/A (N/A) | 0-G1kAeyCXooJDaNGfyjoeCU<br>G1kAeyCXooJDaNGfyjoeCU | DEPOSIT<br>BITPAY | $19.00 | complete<br>0 / 0 | ...(N/A)<br>N/A / N/A | 12/3/2018<br>5:49:36 AM | 0 | N/A<br>N/A | $0.96<br>$19.96 |
| 41571956 | mkvcage<br>182.187.70.112 (N/A) | 182.187.70.112-MKVCAGE-NC-TRAN:41571956-<br>1528829991.763 | PURCHASE<br>FUNDS | $13.16 | | ...(N/A)<br>N/A / N/A | 6/12/2018<br>6:59:51 PM | 35742057 | N/A<br>N/A | $14.12<br>$0.96 |
| 41571906 | mkvcage<br>N/A (N/A) | 0-VnxJAZBRc1i9vrHaDcJsai<br>VnxJAZBRc1i9vrHaDcJsai | DEPOSIT<br>BITPAY | $13.00 | complete<br>0 / 0 | ...(N/A)<br>N/A / N/A | 6/12/2018<br>6:55:27 PM | 0 | N/A<br>N/A | $1.12<br>$14.12 |
| 41569900 | mkvcage<br>39.35.51.101 (N/A) | 39.35.51.101-MKVCAGE-NC-TRAN:41569900-1528820095.83 | PURCHASE<br>FUNDS | $0.00 | | ...(N/A)<br>N/A / N/A | 6/12/2018<br>4:14:55 PM | 35740255 | N/A<br>N/A | $1.12<br>$1.12 |
| 40850714 | mkvcage<br>39.35.79.103 (N/A) | 39.35.79.103-MKVCAGE-NC-TRAN:40850714-1526498989.203 | PURCHASE<br>FUNDS | $8.88 | | ...(N/A)<br>N/A / N/A | 5/16/2018<br>7:29:49 PM | 35094219 | N/A<br>N/A | $10.00<br>$1.12 |
| 40850668 | mkvcage<br>N/A (N/A) | 0-W5LDiLwHL46m2r5Ms4kQdC<br>W5LDiLwHL46m2r5Ms4kQdC | DEPOSIT<br>BITPAY | $10.00 | complete<br>0 / 0 | ...(N/A)<br>N/A / N/A | 5/16/2018<br>7:27:19 PM | 0 | N/A<br>N/A | $0.00<br>$10.00 |
| 37430596 | mkvcage<br>182.187.3.38 (N/A) | 182.187.3.38-MKVCAGE-NC-TRAN:37430596-1515235339.313<br>1VA32388NY3017209 | PURCHASE<br>PAYPAL | $9.88 | COMPLETED<br>0 / 0 | ...(N/A)<br>N/A / N/A | 1/6/2018<br>10:42:15 AM | 31949938 | N/A<br>imnerdinator@gmail.com | $0.00<br>$0.00 |

Exported on Aug/28/2019