UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc. ) | |
| ) | Case No.: 1:19-cv- |
| Plaintiff, ) | (Copyright) |
| vs. ) | |
| ) | **DECLARATION OF STEPHANIE** |
| Muhammad Faizan, et al. ) | **KESSNER** |
| ) | |
| Defendants. ) | |
| ) | |

<u>DECLARATION OF STEPHANIE KESSNER</u>

Stephanie Kessner hereby declares under penalty of laws of the United States that the following is true and correct.

1. I am over 18 years of age and a resident of Kailua Kona, Hawaii.

2. I work with Culpepper IP, LLLC as a paralegal/legal assistant.

3. The below image accurately reflects how the website https://ibit.uno/torrent/Hellboy-2019-720p-HC-HDRip-x264-MkvCage-Com-mkv-GrLPnxr/ ("website") appeared on August 9, 2019.



4. The Website indicated that a user named "MKVCAGE" uploaded the motion picture to the website. Clicking on the username "MKVCAGE" generated a website https://ibit.uno/torrent-search/MkvCage/ showing that MKVCAGE has uploaded over 9000 torrents to this website.



5. The bottom of the website included a link "Legal". Clicking on this link directed me to the https://ibit.uno/legal/ entitled "Copyright Policy" where a Digital Millennium Copyright ("DMCA") policy per 17 U.S.C. 512(c)(3) is

2

discussed. The legal website included advertisements on the top portion. One of the advertisements was for Mortgages directed to Kailua-Kona. Below is a true and accurate screenshot of a portion of this legal website.



6. After I refreshed my browser, another advertisement for "Kailua-Kona Best & Worst Refinance Mortgage Companies of 2019" was generated that included a picture of what appears to be the Kona country side. Below is a true and accurate screenshot of a portion of this website.



7. The website also included a link on the bottom for "Privacy Policy". Clicking on this link redirected me to the website https://ibit.uno/privacy/. Here it is stated that the website uses "cookies" and "third party companies" that use "information about you visits to this and other websites in order to provide advertisements…" and "In the course of serving advertisements…our third-party advertiser may place…a unique "cookie" on your browser." Below is a true and accurate copy of the Privacy Policy website as it appeared on August 9, 2019.



8. The Website included a link for MkvCage. Below is a true and accurate screenshot of a portion of the website showing the link.



9. By clicking on the MkvCage link, I was redirected to the website "https://www.mkvcage.fun/ ("MkvCage website").

10. I searched on the MkvCage website for Hellboy. The MkvCage returned seven different torrent files for downloading the motion picture. The list includes: Hellboy (2019) 720p BRRip HEVC 750MB ; Hellboy (2019) 1080p BRRip 6CH 2.3GB ; Hellboy (2019) 720p BRRip 1.1GB ; Hellboy (2019) 1080p AMZN WEB-DL 6CH 2.2GB ; Hellboy (2019) 1080p WEB-DL 6CH 2GB ; Hellboy (2019) 720p WEB-DL 950MB ; Hellboy (2019) 720p HC HDRip 950MB . All were indicated as authored by "MAQ".

11. I used the pop-up blocker feature of a chrome browser to confirm whether the MkvCage website was sending cookies or trackers and was able to confirm that the website sent three trackers to my browser. Below is a true and accurate copy of the results.



13. On September 9, 2019, I went to the website https://www.mkvcage.com/movie-request/. Below is a true and accurate screenshot of how it appeared.



16. On September 9, 2019, I went to the website https://www.mkvcage.com/dmca/. Below is a true and accurate screenshot of how it appeared.



17. On September 9, 2019, I went to the website https://www.mkvcage.com/category/imdb-top-250/. Below is a true and accurate screenshot of how a portion of it appeared.



18. On August 9, 2019, I entered the term "Hellboy" in the searchbar of the

9

website https://www.mkvcage.fun and a website was generated that included various torrent files for the motion picture *Hellboy*. Exhibit "3" is a true and accurate copy of the PDF file that was generated when I printed the website to a PDF file.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua Kona, Hawaii, September 9, 2019.

*Stephanie Kessner*
Stephanie Kessner