UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., ) | **Case No.: 1:19-cv-487-JMS-KJM** |
| ) | (Copyright) |
| Plaintiff, ) | |
| vs. ) | **DECLARATION OF COUNSEL** |
| ) | |
| Muhammad Faizan, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **DECLARATION OF COUNSEL**

KERRY S. CULPEPPER hereby declares under penalty of laws of the United States that the following is true and correct.

1. I am an attorney and represent the Plaintiff, I have personal knowledge of the matters stated herein.

2. On September 6, 2019, I used the website www.similarweb.com ("SimilarWeb") to analyze the traffic of Defendants' websites. I have used the website SimilarWeb in the past to analyze traffic of websites and have found it to be reliable. Below is a true and correct screenshot of the result returned when I entered mkvcage.com in the search bar.

20-018B



3. Exhibit "4" is a duplicate of document I received from Namecheap, Inc. in response to a request for identification information for the registrant of the website mkvcage.fun.

4. On September 6, 2019, I went to the website mkvcage.com/donate. Below is a true and accurate screenshot of how it appeared.

20-018B



5. On or about January 22, 2020, I went to the website walmart.com to search for a Blu-ray copy of the motion picture. Below is a true and accurate screenshot of how it appeared.



6. On September 6, 2019, I went to the website for DMCA Agent directory at https://www.copyright.gov/dmca-directory/ to search for whether the Defendant had a registered DMCA agent. Below is a true and accurate screenshot of a portion

3

20-018B

of how it appeared.



7. On or about September 6, 2019, I went to the website https://www.instagram.com/mkvcage/?hl=en.  Below is a true and accurate screenshot of a portion of how it appeared.



8. The Lumen database collects DMCA notices sent to entities such as Google and provides a searchable website at https://www.lumendatabase.org/. On Dec. 3, 2019 I searched the Lumen Database for DMCA notices under the name of

4

20-018B

Defendant. Below are a true and correct copy of the results.



9. On or around September 1, 2019, I visited the Facebook site at https://www.facebook.com/Themkvcage/ which advertised, promoted, marketed and distributed torrent files under the username MKCAGE for the purpose of watching free movies.

10. On or around September 23, 2019, I visited the website REDDIT and read a discussion thread regarding MKVCAGE and this litigation. https://www.reddit.com/r/torrents/comments/d2b9o6/mkvcage_down/. The comments point to other messages that Faizan himself posted on REDDIT.

5

20-018B

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: Kailua-Kona, Hawaii, February 7, 2020.

        CULPEPPER IP, LLLC

        <u>/s/ Kerry S. Culpepper</u>
        Kerry S. Culpepper

        Attorney for Plaintiff