CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:      kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HB Productions, Inc., | ) | **Case No.: 1:19-cv-487 JMS-KJM** |
| | ) | (Copyright) |
| Plaintiffs, | ) | |
| vs. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Muhammad Faizan, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date and by the methods of service noted below, a true and correct copy of the First Amended Complaint [Doc. #40] and all exhibits and declarations [Docs.##40-1 through 40-7] were served by AIRMAIL to the following:

Muhammad Faizan
HMA Mobiles & Computers
Sialkot Rd, Islampura Jagna,
Gujranwalka, Punjab 52250
PAKISTAN

19-487

DATED: Kailua-Kona, Hawaii, February 14, 2020.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff