UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HB Productions, Inc., ) | **Case No.: 1:19-cv-487-JMS-KJM** |
| ) | **(Copyright)** |
| Plaintiff, ) | |
| vs. ) | ENTRY OF DEFAULT |
| ) | JUDGEMENT AGAINST |
| Muhammad Faizan, ) | DEFENDANT MUHAMMAD |
| ) | FAIZAN |
| Defendant. ) | |
| ) | |
| ) | |

ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MUHAMMAD FAIZAN

It appearing that the First Amended Complaint [Doc. #28] includes a claim for a sum certain of $270,902.58; that Defendant Muhammad Faizan was duly served a copy of the First Amended Complaint via airmail on Feb. 14, 2020 [Doc. #41] per Fed R. Civ. P. 5(b)(2)(C) and a copy of the original Complaint on October 4, 2019 [Docs. ##14 and 21-2]] in accordance with the Hague Service Convention and the internal law or rule in Pakistan; no answer or other pleading has been filed by Defendant Muhammad Faizan as required by law; and that Defendant Muhammad Faizan is not a minor or an incompetent person.

Therefore, upon request of the Plaintiff, default judgment is hereby entered against the Defendant Muhammad Faizan as provided in Fed R. Civ. P. 55(b)(1) for the certain sum of $270,902.58 and costs of $4,410.98.

Clerk, _____.

Deputy Clerk, _____.

Dated:  Honolulu, Hawaii, _____.

<u>HB PRODUCTIONS, INC. v. MUHAMMAD FAIZAN</u>; CIVIL NO. 19-487 JMS-KJM; ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT MUHAMMAD FAIZAN