AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

HB Productions, Inc.

v.

Muhammad Faizan

Case No.: 1:19-cv-487-JMS-KJM

## BILL OF COSTS

Judgment having been entered in the above entitled action on ______________ (*Date*) against Defendant Muhammad Faiz ,

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 400.00 |
| Fees for service of summons and subpoena | 674.35 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | 36.63 |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* Production Fees by ISP Charter Communications | 3,300.00 |
| TOTAL | $ 4,410.98 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service ☐ First class mail, postage prepaid

☑ Other: Airmail to Muhammad Faizan

s/ Attorney: /s/ Kerry S. Culpepper

Name of Attorney: Kerry S. Culpepper

For: HB Productions, Inc. (*Name of Claiming Party*) Date: 03/04/2020

### Taxation of Costs

Costs are taxed in the amount of ______________________ and included in the judgment.

______________ (*Clerk of Court*) By: ______________ (*Deputy Clerk*) ______________ (*Date*)

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.

Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.





Douglas Mosby, LEROC Manager
Legal Response Operations Center
12405 Powerscourt Dr.
St. Louis, MO 63131
Phone (314) 394-9752
douglas.mosby@charter.com

**Invoice No:** 19-89786-AO
**Invoice Date** 11/12/2019

Kerry S. Culpepper, Esq.
Culpepper IP, PLLC
74-170 Hualalai Rd, Ste B204
Kauila Kona, HI 96740
Phone (808) 464-4047
kculpepper@culpepperip.com

| Job Description | | Payment Terms |
|---|---|---|
| Case Number | 19-00487 JMS-KJM | Prior to Disclosure |

| DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| IP Address Lookup | 33 | 100.00 | 3,300.00 |
| | | **BALANCE DUE** | **$ 3,300.00** |

This invoice is for costs incurred by Charter to process a subpoena you issued in the matter referenced in the Description portion of this invoice. Once proof of payment has been made, Charter will release the responsive information related to your request. This invoice, however, must be paid in full in order to receive the requested information.

UNITED STATES POSTAL SERVICE ®

# USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

CH078211855US

**SENDER'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| Business Name (if applicable) | | Sender's Telephone |
| Address-1 | | |
| Address-2 | | |
| City | State | ZIP Code™ |

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| Business Name (if applicable) | | Addressee's Telephone |
| Address-1 | | |
| Address-2 | | Postal Code |
| City | State/Province | Country |

**SHIPMENT INFORMATION**

1. Category of Items (Check all that apply)
☐ Document ☐ Commercial Sample ☐ Merchandise ☐ Dangerous Goods
☐ Gift ☐ Returned Goods ☐ Humanitarian Donation ☐ Other

| 2. Detailed Description of Contents (Enter only one item per line) | 3. Quantity | 4. Net Weight (Ea) Lbs. | Oz. | 5. Value (Ea) U.S. $ |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | 6. Total | | | |

**SHIPMENT INFORMATION (CONTINUED) — BOXED AREA IS FOR USPS-USE ONLY**

| USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|
| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |

7. Sender's Email Address
8. Addressee's Email Address
9. Exporter's Reference (If applicable and known)
10. Exporter's Telephone (If applicable and known)
11. Importer's Reference (If applicable and known)
12. Importer's Telephone (If applicable and known)
13. AES ITN (If applicable)
14. AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36 ☐ § 30.37 (a) ☐ § 30.37 (h)
☐ § 30.37 (y) ☐ Other
15. License Number (If applicable)
16. Certificate Number (If applicable)
17. Invoice Number (If applicable)
18. Length (Inches)
19. Width (Inches)
20. Height (Inches)
21. Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection
22. Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned
23. Sender's Signature and Date

**I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.**

For Business Mailers, for items in Block 2 (if the information is known)

| 24. HS Tariff Number | 25. Country of Origin |
|---|---|
| | |

PS Form **2976-R**, April 2016 PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

**4 – Sender's Copy**

KAILUA KONA
74-5577 PALANI RD
KAILUA KONA, HI 96740-9998
143000-0350
(800)275-8777
09/26/2019 03:50 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM International Legal FR Env (International) (Pakistan) (Flat Rate) (USPS Tracking #:CH078211855US) | 1 | $35.65 | $35.65 |
| PM International Insurance (Up to $100.00 included) | | | $0.00 |
| First-Class Intl Letter (International) (Japan) (Weight:0 Lb 1.20 Oz) | 1 | $2.13 | $2.13 |
| Affixed Postage (Affixed Amount:$1.15) | | | ($1.15) |

Total: $36.63

Credit Card Remitd $36.63
(Card Name:VISA)
(Account #:XXXXXXXXXXXX5230)
(Approval #:00560D)
(Transaction #:165)
(AID:A0000000031010 Chip)
(AL:VISA CREDIT)
(PIN:Not Required CHASE VISA)

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

PROSERV, LLC

1506 Ala Mahamoe Street
Honolulu, Hawaii 96819
808-371-1245

# Invoice

| Date | Invoice # |
|---|---|
| 9/26/2019 | 9425 |

| Bill To |
|---|
| Kerry Culpepper, Esq<br>75-170 Hualalai Rd #B204<br>Kailua-Kona, Hawaii 96740<br>808-322-3389 |

| Terms |
|---|
| |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | HB Productions vs Mohamed Faizan<br>Hawaiian Telcom served on 9-26-19<br>1177 Bishop St | | |
| Subpoena | | | 65.00 | 65.00 |
| Mileage | | | 6.00 | 6.00 |
| Hi State Tax | 71 | | 0.04712 | 3.35 |

**Total** $74.35




We Protect Your Intellect!

Kerry S. Culpepper, Esq.
Culpepper IP, LLLC
75-170 Hualalai Road
Suite B204
Kailua-Kona, Hawaii 96740
US Tel 1-808-464-4047
E-mail: kculpepper@culpepperip.com

Dated: October 02, 2019

**INVOICE No. 1094/2019**

**Re: INVESTIGATION & ISSUANCE OF SUMMONS & COMPLAINT FILED IN UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAI**

| S. No. | Particulars | Fee in US$ |
|---|---|---|
| 1. | For conducting investigation, locating, issuance of summons and complaint to Muhammad Faizan, Defendant in the case HB Productions Ltd v Muhammad Faizan, filed in United States District Court. | 600 |
| | **Total** | **600/-** |

***US$: Six Hundred only.***

Very truly yours,

Muhammad Siddique
Manager Accounts

**From:** notification@pay.gov
**To:** kculpepper@culpepperip.com
**Subject:** Pay.gov Payment Confirmation: HID CM ECF
**Date:** Monday, September 9, 2019 11:54:44 AM

---

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the Hawaii District Court's finance office at (808) 541-3083.

Application Name: HID CM ECF
Pay.gov Tracking ID: 26K32RFT
Agency Tracking ID: 0975-2259117
Transaction Type: Sale
Transaction Date: Sep 9, 2019 5:54:42 PM

Account Holder Name: Kerry Culpepper
Transaction Amount: $400.00
Card Type: Visa
Card Number: ************5230

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.