CULPEPPER IP, LLLC
Kerry S. Culpepper, Bar No. 9837
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:  (808) 464-4047
Facsimile:   (202) 204-5181
E-Mail:       kculpepper@culpepperip.com

Attorney for Plaintiff
HB Productions, Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| HB Productions, Inc., | ) | **Case No.: 1:19-cv-487-JMS-KJM** |
| | ) | **(Copyright)** |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF WITHDRAWAL OF |
| | ) | RULE 55(b)(1) MOTION FOR |
| Muhammad Faizan, | ) | CLERK TO ENTER DEFAULT |
| | ) | JUDGEMENT AGAINST |
| Defendant. | ) | DEFENDANT MUHAMMAD |
| | ) | FAIZAN |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

NOTICE OF WITHDRAWAL OF RULE 55(b)(1) MOTION FOR CLERK
TO ENTER DEFAULT JUDGMENT AGAINST DEFENDANT MUHAMMAD
<u>FAIZAN</u>

Plaintiff HB Productions, Inc. ("Plaintiff") withdraws its motion made pursuant to Fed R. Civ. P. 55(b)(1) [Doc. #44]. In view of the F&R recommending

20-018B 19-487

denial [Doc. #46], Plaintiff will file a second motion that indicates the formula for how the damages were calculated.

DATED: Kailua-Kona, Hawaii, March 20, 2020.

CULPEPPER IP, LLLC

/s/ Kerry S. Culpepper
Kerry S. Culpepper

Attorney for Plaintiff