# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00487-JMS-KJM |
| CASE NAME: | HB Productions, Inc. V Muhammad Faizan, et al |
| ATTY FOR PLA: | Kerry S. Culpepper, *via telephone* |
| ATTY FOR DEFT: | No Appearance |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | AT&T Service |
| DATE: | 12/11/2020 | TIME: | 9:28 - 9:33 |

COURT ACTION:  EP:    STATUS CONFERENCE hearing held.

Discussion held regarding staying case pending appeal in 42 Ventures.

The Court ORDERS that this case be STAYED and ADMINISTRATIVELY CLOSED pending a decision by the Ninth Circuit Court of Appeals in 42 Ventures, LLC v. Rend, No. 20-17305, 20-cv-228 DKW-WRP, or upon request by a party.  See, e.g., Penn West Assocs., Inc. v. Cohen, 371 F.3d 118, 127, 128 (3d Cir. 2004) (explaining that administrative closings "comprise a familiar, albeit essentially ad hoc, way in which courts remove cases from their active files without making any final adjudication" and are "an administrative convenience which allows the removal of cases from the [docket] in appropriate situations") (citations omitted).  The administrative closing of this case is solely an administrative matter and does not impact, in any manner, any party's rights or obligations, does not alter in any manner any previous rulings by the court, and does not require a filing fee to reopen the case.  Plaintiff's counsel is directed to notify the Court upon receiving a decision from the Ninth Circuit Court of Appeals in 42 Ventures.

*Submitted by: Bernie Aurio, Courtroom Manager*

*Submitted by: Bernie Aurio, Courtroom Manager*